No. 126. PORTER *v.* STANFORD, JUDGE. Supreme Court of Arizona. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this petition. *Stephen W. Langmade* for petitioner.

No. 136. PIERCE FORD SALES, INC., ET AL. *v.* FORD MOTOR CO. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK would grant certiorari in this case because he believes that petitioner Pierce Ford Sales, Inc., was denied its right to a trial by jury in violation of the guarantee of the Seventh Amendment. *John S. Burgess* for petitioners. *Whitney North Seymour, Osmer C. Fitts* and *Richard Hawkins* for respondent.

No. 143. YOUNG *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Max Kabatznick* and *Israel Bernstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 228. FREEDMAN ET AL. *v.* PHILADELPHIA TERMINALS AUCTION CO. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *David Berger* and *Walter Stein* for petitioners. *C. Brewster Rhoads* and *Thomas N. O'Neill, Jr.* for respondent.

No. 196. MORRIS ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Abe Krash* and *Harry Green* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.